RECEIVED

JAN 2 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

FREDRICK DEWAYNE HARRELL          CIVIL ACTION NO. 3:13-cv-2345
        LA. DOC #121643
VS.                                SECTION P

                                   JUDGE DONALD E. WALTER

WARDEN JOHN SMITH, ET AL.         MAGISTRATE JUDGE KAREN L. HAYES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge

filed previously herein,  noting the absence objections thereto, and concurring with the

Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH**

**PREJUDICE** for failing to state a claim for which relief may be granted pursuant to the

provisions of 28 U.S.C. §1915 and §1915A.

The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the

Three Strikes List, Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport,  Louisiana, on this 2 7 day

of _____ , 2013.

                                   _____
                                   DONALD E. WALTER
                                   UNITED STATES DISTRICT JUDGE